UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

LARRY COLEMAN

CRIMINAL ACTION

NO. 07-247-JJB-DLD

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated August 19, 2011 (doc. 94) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the defendant's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 is DENIED.

Baton Rouge, Louisiana, this 5th day of October, 2011.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA